**Opinion filed November 29, 2018**



## In The

# Eleventh Court of Appeals

_____

## Nos. 11-18-00296-CR & 11-18-00297-CR

_____

## MARVIN THOMPSON, Appellant
## V.
## THE STATE OF TEXAS, Appellee

### On Appeal from the 35th District Court
### Brown County, Texas
### Trial Court Cause Nos. CR25531 & CR25532

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss in both of his appeals. In each motion, he states that he no longer wishes to pursue the appeal and requests that the appeal be dismissed. In accordance with TEX. R. APP. P. 42.2, the motions are signed by Appellant and his counsel.

The motions are granted, and the appeals are dismissed.

November 29, 2018                                                  PER CURIAM

Do not publish. _See_ TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.